
FILED
JAN 3 1 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN STEVENS,<br><br>Defendant. | 6:18-PO-5083-JCL<br>Ticket Number: F4872637<br>36 CFR 261.52(A) BUILDING, MAINTAINING, ATTENDING OR USING A FIRE<br>Location Code: M5<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Austin Stevens, was present in court and entered a plea of guilty to the charge of: 36 CFR 261.52(A) BUILDING, MAINTAINING, ATTENDING OR USING A FIRE.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $120.00 plus $30.00 Special Assessment for BUILDING, MAINTAINING, ATTENDING OR USING A FIRE for a total of $150.00. Defendant must pay by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov .. The fine shall be paid as follows: $50.00 per month over a 3 month period beginning February 28, 2019.

    Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14)

days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 6, 2018.

1-31-19
Date Signed

JEREMIAH C. LYNCH
United States Magistrate Judge